■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL S. WADE, Appellant. (Appeal No. 1.) [925 NYS2d 364]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered August 14, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL S. WADE, Appellant. (Appeal No. 2.) [925 NYS2d 364]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered August 14, 2007. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BRYANT, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered March 10, 2010. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RORY KYLER, Appellant. [924 NYS2d 884]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered October 6, 2009. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.